AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Theodore Sweeney

V.

Fred Dubiel et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 10447 GAO

TO: (Name and address of Defendant)

Fred Dubiel
Salem Police Department

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Friedman
Myong J. Joun
J. Lizette Richards
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 3-5-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-18-04 |
| NAME OF SERVER *(PRINT)* PAUL MINSKY | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT AT PLACE OF EMPLOYMENT. CITY OF SALEM POLICE DEPARTMENT MARGIN ST SALEM MA 01970 LEFT WITH (OIC PRECZEWSKI)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00  45— |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-18-04
            Date                Signature of Server

P.O. BOX 106 SWAMPSCOTT, MA 01907
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.