UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-GAO

THEODORE SWEENEY,

Plaintiff

v.

FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,

Defendants

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME (ASSENTED TO)

Now come the defendants in the above-captioned action pursuant to Fed.R.Civ.P. 6(b), through special appearance of the undersigned counsel, and hereby move for an enlargement of time of the period within which they must answer or otherwise respond to the Complaint for a period of 30 days up to, and including, May 8, 2004.

As grounds therefor, defendants state that the requested enlargement is necessary to confirm representation issues and to provide a reasoned response to the Complaint.

DEFENDANTS,

By their attorney,

Joseph L. Tehan, Jr. (BBO # 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

218595/METG/0550

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/9/04.