UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-GAO

THEODORE SWEENEY,

Plaintiff

v.

FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,

Defendants

CERTIFICATE OF CONFERRAL PURSUANT TO L.R. 7.1(A)(2)

Now comes the undersigned counsel to the defendants and hereby certifies that on April 9, 2004, I conferred with plaintiff's counsel concerning Defendants' Motion For Enlargement Of Time. As a result of said conferral, plaintiff's counsel assented to the motion.

DEFENDANTS,

By their attorney,

Joseph L. Tehan, Jr. (BBO # 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218674/60700/0550

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/9/04