UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

| | |
|---|---|
| THEODORE SWEENEY,<br><br>　　　　　　Plaintiff<br>v.<br><br>FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,<br><br>　　　　　　Defendants | ASSENTED-TO MOTION FOR DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION |

Now come the parties to the above-captioned action, and hereby assent that this Honorable Court order the Commissioner of Probation for the Trial Court of the Commonwealth of Massachusetts to provide the defendants' attorney, Joseph L. Tehan, Jr., Kopelman and Paige, P.C., 31 St. James Avenue, Boston, Massachusetts, 02116 within seven (7) days of the date of such order, all Criminal Offender Record Information (CORI), including but not limited to certified records of convictions, for the person listed below:

|  | Theodore Sweeney |
|---|---|
| Date of Birth: | 09/17/75 |
| S.S.N.: | 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 |

In support of this motion, the parties state the following:

1.　　Pursuant to G.L.c.6, §172(c), the Criminal History Systems Board has certified that CORI of prospective witnesses is to be made available to an attorney of record in a court proceeding when the CORI is to be used for trial strategy or impeachment. (A copy of the Attorney of Record Certification is attached as Exhibit A).

2.  The person identified above is the plaintiff in the above-entitled case and is anticipated to be named as a witness at trial.

3.  The CORI of the designated person will only be used by the defendants in the above-entitled action for trial strategy or trial witness impeachment purposes and will not otherwise be disclosed to any person who is not authorized to have access to CORI.

4.  The Commissioner does not oppose the defendants request for CORI but will not release CORI without a court order.

5.  The Commissioner is willing to subject himself to the jurisdiction of this court for the limited purpose of this motion and any order that may be issued pursuant to this motion.

The Court is respectfully referred to the proposed order annexed hereto.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By his attorneys, | By their attorneys, |
| s/s Howard Friedman | /s/ Sarah N. Turner |
| Howard Friedman (BBO# 180080) | Joseph L. Tehan, Jr. (BBO #494020) |
| Jennifer L. Bills (BBO# 652223) | Sarah N. Turner (BBO# 654195) |
| Law Offices of Howard Friedman, P.C. | Kopelman and Paige, P.C. |
| 90 Canal Street, 5th Floor | 31 St. James Avenue |
| Boston, MA 02114 | Boston, MA 02116 |
| (617) 742-4100 | (617) 556-0007 |

236630/60700/0550

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/29/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

THEODORE SWEENEY,

    Plaintiff

v.

FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,

    Defendants

PROPOSED ORDER

It is hereby ordered that the Commissioner of Probation for the Trial Court of the Commonwealth of Massachusetts shall provide to Joseph L. Tehan, Jr., Kopelman and Paige, P.C., 31 St. James Avenue, Boston, Massachusetts, 02116, attorney for defendants Fred Dubiel and City of Salem, within seven (7) days of the date of this order, all Criminal Offender Record Information (CORI), including but not limited to certified records of convictions, for the person listed below:

**Theodore Sweeney**
**Date of Birth:** 09/17/75
**S.S.N.:** 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

_____
Nathaniel M. Gorton
United States District Judge

236630/60700/0550





**EXHIBIT A**

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Criminal History Systems Board*
*Criminal Justice Information System*
*200 Arlington Street, Suite 2200*
*Chelsea, Massachusetts 02150*
*(617) 660-4600*
*Fax: (617) 660-4613*

ARGEO PAUL CELLUCCI
Governor

KATHLEEN M. O'TOOLE
Secretary

KATHLEEN M. O'TOOLE
Chair

MAUREEN W. CHEW
Executive Director

## M.G.L. C.6, §172(C)

### ATTORNEY OF RECORD CERTIFICATION

Pursuant to Massachusetts General Laws Chapter 6, Section 172(c), a general grant of access to Criminal Offender Record Information (CORI) is given by the Criminal History Systems Board to attorneys of record in civil litigation for witness impeachment or trial strategy purposes. The grant of access shall be subject to the following conditions:

1. Attorneys of record shall submit to the trial judge a motion requesting the approval of that judge to utilize the general grant of access to CORI as provided by the Board to attorneys of record. That motion shall identify by name and date of birth those individuals whose CORI is to be accessed as well as the type of CORI data for which access is sought; and

2. The attorney of record shall attach to the above-described motion an affidavit that the CORI sought is to be used exclusively for witness impeachment purposes or trial strategy purposes related to that civil litigation, and that such CORI as accessed shall not be disclosed to unauthorized persons and/or in violation of M.G.L. c. 6, §167 et seq. or 803 CMR 1.00 et seq.

Attorney's with approved motions providing access to criminal records must present those motions by mail along with $10.00 per record check fee to the Criminal History Systems Board. All allowed motions for CORI data other than criminal records (e.g. arrest reports) should be directed to the criminal justice agency having custody of such CORI data. Please allow two weeks for processing.

Approved: February 9, 1995

EXHIBIT A