UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10447-NMG

| | |
|---|---|
| THEODORE SWEENEY,<br><br>    Plaintiff<br>v.<br><br>FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,<br><br>    Defendants | JOINT SCHEDULING STATEMENT PURSUANT TO L.R. 16.1 |

  Now come the parties and hereby submit the following proposed Scheduling Statement pursuant to Local Rule 16.1(D):

I.  DISCOVERY PLAN

  The parties propose the following discovery plan:

  A.  Automatic Document Disclosure to be completed on or about April 25, 2005;

  B.  All written discovery shall be served on or before June 27, 2005, and shall be completed by September 27, 2005;

  C.  Supplemental written discovery requests shall be served on or before December 27, 2005;

  D.  All non-expert depositions are to be completed by December 27, 2005;

  E.  Plaintiff's expert witnesses shall be designated by January 27, 2006 and defendants' expert witnesses shall be designated within thirty (30) days after plaintiff's disclosure;

  F.  All expert depositions shall be completed within thirty (30) days of defendants' expert designation.

II.      MOTION SCHEDULE

All dispositive motions are to be filed on or before April 27, 2006.

III.     ADR SCHEDULE

If the parties agree, at any time, before or after completion of discovery, to submit this matter to alternative dispute resolution through the Court sponsored Mediation Program, they shall so advise the Court to do so.

IV.     CERTIFICATIONS

The parties will file L.R. 16.1 certifications of conferral on or before the date of the scheduling conference.

V.      CONSENT TO TRIAL BY MAGISTRATE

The parties do not consent to trial of this matter before a magistrate judge.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Howard Friedman | /s/ Joseph L. Tehan, Jr. |
| Howard Friedman (BBO# 180080) | Joseph L. Tehan, Jr. (BBO #494020) |
| Jennifer L. Bills (BBO# 652223) | Sarah N. Turner (BBO# 654195) |
| Myong J. Joun (BBO# 645099) | Kopelman and Paige, P.C. |
| Law Offices of Howard Friedman, P.C. | 31 St. James Avenue |
| 90 Canal Street, 5th Floor | Boston, MA 02116 |
| Boston, MA 02114 | (617) 556-0007 |
| (617) 742-4100 | |

248282/60700/0550