UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE SWEENEY )<br>Plaintiff, )<br> )<br>v. )<br> )<br>FRED DUBIEL, in His Individual )<br>Capacity, and the CITY OF SALEM, )<br>Defendants ) | CIVIL ACTION NO. 04-10447-NMG |

## L.R. 16.1(D)(3) CERTIFICATE OF PLAINTIFF THEODORE SWEENEY

I, Theodore Sweeney, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition, we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 4/7/2005              /s/ Theodore Sweeney
                            Theodore Sweeney


I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

                            /s/ Howard Friedman
                            Howard Friedman