UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

THEODORE SWEENEY,

Plaintiff

v.

FRED DUBIEL, in His Individual Capacity, and
the CITY OF SALEM,

Defendants

DEFENDANT FRED DUBIEL'S
L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant Fred Dubiel and the undersigned counsel and hereby affirm that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

DEFENDANTS,

Fred Dubiel

Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218537/METG/0550