UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

THEODORE SWEENEY,

    Plaintiff

v.

FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,

    Defendants

DEFENDANT CITY OF SALEM'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant City of Salem, through its authorized representative and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

DEFENDANTS,

*[signature]*
City of Salem,
By its Chief of Police
Robert M. St. Pierre

*[signature]*
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218536/METG/0550