UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE SWEENEY<br>Plaintiff,<br><br>v.<br><br>FRED DUBIEL, in his individual capacity, and the CITY OF SALEM,<br>Defendants | CIVIL ACTION NO. 04-10447-GAO |

## JOINT STIPULATION FOR A PROTECTIVE ORDER

Pursuant to Fed.R.Civ.P. 26(c), the parties stipulate that this Court may enter the following protective order to protect privacy interests of the parties to this case.

RESPECTFULLY SUBMITTED,
Plaintiff Theodore Sweeney,
By his attorneys,


/s/ Howard Friedman
_____
Howard Friedman
BBO #180080
Myong J. Joun
BBO #645099
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth floor
Boston, MA 02114-2022
T (617) 742-4100
F (617) 742-5858
hfriedman@civil-rights-law.com
mjjoun@civil-rights-law.com

For defendants Fred Dubiel
and the City of Salem,


/s/ Joseph L. Tehan, Jr.
_____
Joseph L. Tehan, Jr.
BBO #494020
Sarah N. Turner
BBO #654195
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
T (617) 556-0007
F (617) 654-1735
jtehan@k-plaw.com
sturner@k-plaw.com

| **CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)** | **L.R. 37 CERTIFICATE** |
|---|---|
| Pursuant to L.R. 7.1(A)(2), I certify that I have attempted to confer in good faith with counsel for the defendants in an attempt to resolve the issue that is the subject of the accompanying motion. | I, Howard Friedman, hereby certify that the provisions of L.R. 37 have been complied with. |
| 6/2/05     /s/ Howard Friedman<br>Date         Howard Friedman | 6/2/05     /s/ Howard Friedman<br>Date         Howard Friedman |