UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
THEODORE SWEENEY               )
        Plaintiff,                            )
                                                    )
    v.                                            )        CIVIL ACTION NO. 04-10447-NMG
                                                    )
FRED DUBIEL, in his individual    )
Capacity, and the CITY OF SALEM, )
        Defendants                         )
_____)

### ASSENTED TO PLAINTIFF'S MOTION
### TO ENLARGE TIME TO DESIGNATE EXPERTS

Plaintiff Theodore Sweeney moves the Court for an extension of time to designate experts in the above-captioned matter to April 7, 2006 for plaintiff and May 5, 2006 for defendants. Under the scheduling order, the deadline for expert designation by plaintiff was January 31, 2006. The deadline for defendants' expert designation was February 28, 2006. Despite good faith effort, plaintiff has not been able to complete his expert designations because his counsel has been trying, unsuccessfully, to contact one of plaintiff's treating doctors since before the deadline. The defendants assent to the motion and request that the deadline for their expert designations be extended to one month after plaintiff's deadline. None of the parties will be prejudiced by allowance of the requested enlargement of time.

WHEREFORE, Plaintiff moves this Court to enlarge the time to designate experts to April 7, 2006 for plaintiff and May 5, 2006 for defendants.

RESPECTFULLY SUBMITTED,
Plaintiff Theodore Sweeney,
By his attorneys,

 /s/ Myong J. Joun
Howard Friedman, BBO #180080
Myong J. Joun, BBO #645099
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth floor
Boston, MA 02114-2022
T (617) 742-4100
F (617) 742-5858
hfriedman@civil-rights-law.com
mjjoun@civil-rights-law.com

For defendants Fred Dubiel
and the City of Salem,

 /s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr., BBO #494020
Sarah N. Turner, BBO #654195
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
T (617) 556-0007
F (617) 654-1735
jtehan@k-plaw.com
sturner@k-plaw.com

| **CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)** | **L.R. 37 CERTIFICATE** |
|---|---|
| Pursuant to L.R. 7.1(A)(2), I certify that I have attempted to confer in good faith with counsel for the defendants in an attempt to resolve the issue that is the subject of the accompanying motion. | I, Myong J. Joun, hereby certify that the provisions of L.R. 37 have been complied with. |
| _March 6, 2006_   /s/ Myong J. Joun<br>Date            Myong J. Joun | _March 6, 2006_   /s/ Myong J. Joun<br>Date            Myong J. Joun |

Case 1:04-cv-10447-NMG     Document 20     Filed 03/06/2006     Page 3 of 3