UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

| | |
|---|---|
| THEODORE SWEENEY,<br><br>                    Plaintiff<br>v.<br><br>FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,<br><br>                    Defendants | ASSENTED TO DEFENDANTS' MOTION TO ENLARGE TIME TO DESIGNATE AN EXPERT |

Now come the Defendants, Fred Dubiel and the City of Salem, and hereby move this Court for an enlargement of time to designate an expert in the above-captioned matter from May 5, 2006 to May 19, 2006.

As grounds therefor, the Defendants state that they have contacted potential experts but will not be able to designate an expert by the May 5, 2006 deadline. The Plaintiff has assented to this motion. None of the parties will be prejudiced by the allowance of the requested enlargement of time as this request will not affect the current scheduling order.

WHEREFORE, the Defendants move this Court to enlarge the time to designate an expert from May 5, 2006 to May 19, 2005.

ASSENTED TO:

PLAINTIFF,  
By his attorneys,

/s/ Myong J. Joun  
Howard Friedman (BBO# 180080)  
Myong J. Joun (BBO# 645099)  
Law Offices of Howard Friedman, P.C.  
90 Canal Street, 5th Floor  
Boston, MA 02114  
(617) 742-4100

DEFENDANTS,  
By their attorneys,

/s/ Joseph L. Tehan, Jr.  
Joseph L. Tehan, Jr. (BBO #494020)  
Sarah N. Turner (BBO# 654195)  
Kopelman and Paige, P.C.  
101 Arch Street, 12th Floor  
Boston, MA 02110  
(617) 556-0007

281481/60700/0550

CERTIFICATE OF SERVICE

    I, Sarah N. Turner, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Sarah N. Turner