UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

| | |
|---|---|
| THEODORE SWEENEY,<br><br>               Plaintiff<br>v.<br><br>FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,<br><br>               Defendants | JOINT MOTION FOR REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION PROGRAM |

    Now come the parties to the above-captioned action, and hereby respectfully request that this Court refer this case for Alternative Dispute Resolution. As grounds therefor, the parties state that, after conducting discovery, they consider this case amenable to mediation, and seek to engage in such mediation prior to preparing for possible trial.

    The parties further request:

1. that the Pre-Trial Conference presently scheduled in this matter for June 22, 2006 be continued until a date convenient to the Court during the week of August 7, 2006;

2. that the trial presently scheduled for August 7, 2006, be continued to a date hereinafter established by the Court.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By his attorney, | By their attorneys, |
| /s/Howard Friedman_____<br>Howard Friedman<br>Law Offices of Howard Friedman, P.C.<br>90 Canal Street, Fifth Floor<br>Boston, MA 02114-2022<br>(617) 742-4100 | /s/Joseph L. Tehan, Jr._____<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>Boston, MA 02110<br>(617) 556-0007 |

285221/METG/0550