UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

| | |
|---|---|
| THEODORE SWEENEY,<br><br>　　　　　　　Plaintiff<br>v.<br><br>FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,<br><br>　　　　　　　Defendants | NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　　Please withdraw my appearance as attorney for the Defendants Fred Dubiel, in his individual capacity, and the City of Salem, in the above entitled case.  Joseph L. Tehan, Jr. will remain as counsel of record.

　　　　　　　　　　　　　　　　　　　DEFENDANTS,

　　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Sarah N. Turner
　　　　　　　　　　　　　　　　　　　Joseph L. Tehan, Jr. (BBO #494020)
　　　　　　　　　　　　　　　　　　　Sarah N. Turner (BBO# 654195)
　　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　　 Town Counsel
　　　　　　　　　　　　　　　　　　　101 Arch Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　(617) 556-0007

290992/60700/0550