UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
THEODORE SWEENEY,           )
                            )
       Plaintiff,           )
                            )
   v.                       )        CIVIL ACTION
                            )        NO. 04-10447-NMG
FRED DUBIEL, et al.,        )
                            )
       Defendants.          )
```

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On ___August 30, 2006___, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case has:

[ X ]   Settled. Your clerk should enter a 60-day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

 

                                                                    / s / Judith Gail Dein
                                                                    Judith Gail Dein, U.S. Magistrate Judge
DATED: October 25, 2006                                      ADR Provider