UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Theodore Sweeney,
       Plaintiff

v.                                                        Civil Action No. 04-10447-NMG

Fred Dubiel, et al.,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

       The Court having been advised by ADR report on 10/25/06 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                                                    By the Court,

                                                                    /S/ Craig J. Nicewicz

10/26/06                                                       _____
   Date                                                                 Craig J. Nicewicz
                                                                        Courtroom Clerk