UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10447-NMG

| | |
|---|---|
| THEODORE SWEENEY,<br><br>                Plaintiff<br>v.<br><br>FRED DUBIEL, in His Individual Capacity, and the CITY OF SALEM,<br><br>                Defendants | STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and hereby stipulate and agree that the Complaint and all claims in said action be dismissed with prejudice, without interest, costs, expenses or fees to any party, waiving all rights of appeal.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By his attorney, | By their attorney, |
| /s/ Howard Friedman | /s/Joseph L. Tehan, Jr. |
| Howard Friedman | Joseph L. Tehan, Jr. |
| Law Offices of Howard Friedman, P.C. | Kopelman and Paige, P.C. |
| 90 Canal Street, Fifth Floor | 101 Arch Street |
| Boston, MA 02114-2022 | Boston, MA 02110 |
| (617) 742-4100 | (617) 556-0007 |

295917/METG/0550